UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                    :    Chapter 11 Case No.
                                         :
BEARINGPOINT, INC., et al.,              :    09 - 10691 (REG)
                                         :
Debtors.                                 :    (Jointly Administered)
-----------------------------------------------------------x
JOHN DeGROOTE SERVICES, LLC,             :
    Plantiff                             :
                                         :
Vs.                                      :    Adversary No. 10-03846
                                         :
FIRST ADVANTAGE CORPORATION,             :
    Defendant.                           :
-----------------------------------------------------------x

### NOTICE OF DISMISSAL OF FIRST ADVANTAGE CORPORATION AND JOHN DEGROOTE SERVICES, LLC DISMISSING ADVERSARY PROCEEDING PURSUANT TO FED. R. BANKR. P. 7041(a)(1)

This Notice of Dismissal (the "Notice") is filed by John DeGroote Services, LLC as Liquidating Trustee for the BearingPoint, Inc. Liquidating Trust ("Plaintiff").

1.  On October 7, 2010, Plaintiff filed a Complaint to Avoid and Recover Preferential Transfers pursuant to 11 U.S.C. §§ 547 and 550 in the above-captioned adversary proceeding (the "Adversary Proceeding") [docket #1] that seeks, among other things, to recover as preferential payments in the amount of $469,622.55, pre-judgment interest, costs of suit, and disallowance of all claims filed by Defendant, First Advantage Corporation ("Defendant").

2.  Plaintiff and Defendant have resolved this matter. Defendant has not filed an answer or motion to dismiss. Thus, pursuant to Federal Rule of Bankruptcy Procedure 7041(a)(1) and Federal Rule of Civil Procedure 41(a)(1), Plaintiff hereby dismisses this Adversary Proceeding with prejudice.

**MCKOOL SMITH P.C.**

*/s/ Peter S. Goodman*

MCKOOL SMITH P.C.
One Bryant Park, 47th Floor
New York, New York 10036
Telephone: (212) 402-9200
Facsimile: (212) 402-9444

- and -

MCKOOL SMITH P.C.
Basil A. Umari (pro hac vice)
Nicholas Zugaro (pro hac vice)
600 Travis Street, Suite 7000
Houston, Texas 77002
Telephone: (713) 485-7300
Facsimile: (713) 485-7344

*Attorney for the Liquidating Trustee*

Dated:   New York, New York
         January 27, 2011